UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.                                              DKT NO. 1:97-CR-238-001

Jemal Vick

Defendant,

---

## RECOMMENDATION

IT IS HEREBY RECOMMENDED, that the above referenced defendant participate in the High Impact Incarceration Program (HIIP) at the Schenectady County Jail. The U.S. Marshal is directed to transport the defendant to this facility as soon as possible. *or the Onondaga Co. Justice Center*

Dated: 1/24/06

Hon. Frederick J. Scullin, Jr.
Chief U.S. District Judge

cc:   U.S. Probation Office
      Assistant United States Attorney
      Defense Counsel
      U.S. Marshal Service